UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
Oct 18, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOE FRANK,<br><br>        Defendant. | No. 2:13-CR-00054-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOE FRANK;

Case No. 2:13-CR-00054-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): The defendant shall be released at 8:30 AM on Friday, October 19, 2018 from the U.S. Marshal's Office to Investigator, Fred Scoville, and be transported directly to WellSpace Health at 1550 Juliesse Avenue, Sacramento, CA 95815.

Issued at Sacramento, California on __10/18/18__, at __2:30 pm__.

_____
Kimberly J. Mueller
United States District Judge